Form defntc7

# UNITED STATES BANKRUPTCY COURT
### *Northern District of Illinois*
### *Eastern Division*
### *219 S Dearborn*
### *7th Floor*
### *Chicago, IL 60604*

In Re:

William Vranicar
610 Crescenzo Ct
New Lenox, IL 60451−2911
SSN: xxx−xx−5703 EIN: N.A.

Case No. :  22−14015
Chapter :  7
Judge :  LaShonda A. Hunt

## NOTICE OF DEFICIENCY: POSSIBLE DISMISSAL OF CASE

    Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed. The deadline in this case is: **December 19, 2022.**

    The Clerk has determined that you have failed to file or complete the following required documents:

· **None.**

    If you do not complete and file these documents, your case will be dismissed on the 45th day after your case was filed.

    The following additional documents were also due at the time of filing and are missing or deficient:

· **Certificate of Credit Counseling.**
· **Statement About Your Social Security Numbers (Form 121).**
· **Signature(s) of Debtor(s) are missing from the Voluntary Petition. Please file the signature page(s) as an Attachment to the Voluntary Petition (Form 101/201).**
· **Signature(s) of Debtor(s) are missing from Declaration About an Individual Debtor(s) Schedules. Please re−file as Amended. (Form 106Dec,202).**

FOR THE COURT

Dated: December 5, 2022

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re:

William Vranicar

     Debtor

Case No. 22-14015-LAH

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0752-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Dec 05, 2022 | Form ID: defntc7 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | William Vranicar, 610 Crescenzo Ct, New Lenox, IL 60451-2911 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2022          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey S Harris | |
| | on behalf of Debtor 1 William Vranicar chicagolawyer@aol.com<br>Jeff@windycitylawyer.com;chicagobklawyer@gmail.com;G1648@notify.cincompass.com |
| Patrick S Layng | |
| | USTPRegion11.ES.ECF@usdoj.gov |
| Zane Zielinski | |
| | trustee@zanezielinski.com  zzielinski@ecf.axosfs.com |

TOTAL: 3