**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **William Vranicar** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5703 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | Northern District of Illinois | |
| Case number: | 22–14015 | |

## Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

William Vranicar

March 7, 2023

**For the court:** Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Illinois

In re:  Case No. 22-14015-LAH

William Vranicar  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1  User: admin  Page 1 of 3
Date Rcvd: Mar 07, 2023  Form ID: 318  Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol  Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | William Vranicar, 610 Crescenzo Ct, New Lenox, IL 60451-2911 |
| 30019140 | + | Advance Midwest Radiology, PO Box 88953, Milwaukee, WI 53288-8953 |
| 30019144 | | Allied Anesthesia, 1900 Silver Cross Blvd, New Lenox, IL 60451-9509 |
| 30019148 | | Comcast, c/o Credit Management, 6060 Tennyson Pkwy Ste 100, Plano, TX 75024-6016 |
| 30019139 | | Law Offices of Jeffrey S Harris, 1701 S 1st Ave Ste 202, Maywood, IL 60153-2400 |
| 30019155 | | MS International, c/o LEVIT & SILVERTRUST, P.C., 19 S La Salle St Ste 701, Chicago, IL 60603-1431 |
| 30019153 | | Mary Vranicar, 153 Wallace St, New Lenox, IL 60451-1145 |
| 30019154 | | McGonigle Dental, 17519 80th Ave, Tinley Park, IL 60477-4300 |
| 30019161 | | Silver Cross Hospital, c/o Harris & Harris, PO Box 1259, Oaks, PA 19456-1259 |
| 30019166 | | University of Chicago Hospital, c/o State Collection Agency, PO Box 6250, Madison, WI 53716-0250 |
| 30019167 | | Virginia Tile, c/o LEVIT & SILVERTRUST, P.C., 19 S La Salle St Ste 701, Chicago, IL 60603-1431 |
| 30019138 | | Vranicar William, 610 Crescenzo Ct, New Lenox, IL 60451-2911 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QZLZIELINSKI.COM | Mar 08 2023 03:34:00 | Zane Zielinski, Zane Zielinski P.C., 6336 North Cicero, Suite 201, Chicago, IL 60646-4448 |
| 30019142 | | Email/Text: backoffice@affirm.com | Mar 07 2023 22:47:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 30019141 | | Email/Text: accountservicing@trueaccord.com | Mar 07 2023 22:46:00 | Affirm Inc, c/o TrueAccord Corp, 16011 College Blvd Ste 130, Lenexa, KS 66219-9877 |
| 30019143 | | Email/Text: backoffice@affirm.com | Mar 07 2023 22:47:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Ste 4, Pittsburgh, PA 15212-5862 |
| 30022415 | + | EDI: AISACG.COM | Mar 08 2023 03:34:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 30019145 | | EDI: GMACFS.COM | Mar 08 2023 03:34:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 30019146 | | EDI: GMACFS.COM | Mar 08 2023 03:34:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 30019147 | | Email/Text: enotifications@santanderconsumerusa.com | Mar 07 2023 22:47:00 | Chrysler Capital, PO Box 961212, Fort Worth, TX 76161-0212 |
| 30019151 | | EDI: WFNNB.COM | Mar 08 2023 03:34:00 | ComenityCapital, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 30019149 | | EDI: WFNNB.COM | Mar 08 2023 03:34:00 | Comenitybank/caesars, PO Box 182789, Columbus, OH 43218-2789 |
| 30019150 | | EDI: WFNNB.COM | Mar 08 2023 03:34:00 | Comenitybank/trwrdsv, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |

Case 22-14015 Doc 21 Filed 03/09/23 Entered 03/09/23 23:15:59 Desc Imaged
Certificate of Notice Page 4 of 5

| District/off: 0752-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 07, 2023 | Form ID: 318 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| 30019152 | | EDI: WFNNB.COM | Mar 08 2023 03:34:00 | Comenitycb/bluenile, PO Box 182120, Columbus, OH 43218-2120 |
| 30019157 | | EDI: NAVIENTFKASMSERV.COM | Mar 08 2023 03:34:00 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 30019156 | | EDI: NAVIENTFKASMSERV.COM | Mar 08 2023 03:34:00 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 30019158 | + | Email/Text: bankrup@aglresources.com | Mar 07 2023 22:45:00 | Nicor Gas, 1844 W Ferry Rd, Naperville, IL 60563-9600 |
| 30019159 | ^ | MEBN | Mar 07 2023 22:46:12 | RMP Services LLC, PO Box 630844, Cincinnati, OH 45263-0844 |
| 30019160 | | Email/Text: enotifications@santanderconsumerusa.com | Mar 07 2023 22:47:00 | Santander Consumer USA, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 30019162 | | EDI: COMCASTCBLCENT | Mar 08 2023 03:34:00 | Telecom Self-Reported, PO Box 4500, Allen, TX 75013-1311 |
| 30019164 | | Email/Text: bankruptcy@bbandt.com | Mar 07 2023 22:46:00 | Truist Bank, PO Box 849, Wilson, NC 27894-0849 |
| 30019163 | ^ | MEBN | Mar 07 2023 22:46:19 | Truist Bank, c/o MRS Assoc of NJ, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 30019165 | | Email/Text: bankruptcy@bbandt.com | Mar 07 2023 22:46:00 | Truist/BB&T, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-1078 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey S Harris | on behalf of Debtor 1 William Vranicar chicagolawyer@aol.com Jeff@windycitylawyer.com;chicagobklawyer@gmail.com;G1648@notify.cincompass.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Zane Zielinski | trustee@zanezielinski.com zzielinski@ecf.axosfs.com |

District/off: 0752-1     User: admin     Page 3 of 3
Date Rcvd: Mar 07, 2023     Form ID: 318     Total Noticed: 33
TOTAL: 3